# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>**Ramon Preston McGehee and Kristi Lynn Blessitt,**<br><br>**Debtors.** | **Case # 16-01948-dd**<br><br>**Chapter 7** |

TO:    All Creditors and Parties in Interest

### NOTICE AND MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AS TO DEBTORS' EXEMPTIONS

YOU ARE HEREBY NOTIFIED THAT Michelle L. Vieira, Chapter 7 Trustee ("Trustee") for Ramon Preston McGehee and Kristi Lynn Blessitt ("Debtors"), hereby moves the Court for an order approving the settlement and compromise between the Trustee and the Debtors as it relates to the exemptions claimed by the Debtors and the Trustee's Objection to Debtor Exemptions, filed at Docket 17, as supplemented at Docket 40.

TAKE FURTHER NOTICE that any response, return and/or objection to this Notice, should be filed with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from the service hereof and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this Notice unless a response, return and/or objection is timely filed and served, in which case the Court will conduct a hearing on **October 18, 2016, at 9:00 a.m. at the United States Bankruptcy Courthouse, 145 King Street, Room 225, Charleston, SC  29201-2423**. No further notice of this hearing will be given.

NATURE OF DISPUTE:  The Trustee objected to a number of the Debtors' claimed exemptions.  The most substantial was an exemption claimed in a "Traditional IRA" in the approximate amount of $218,000.  The Trustee objected on the grounds that the IRA was improperly established with funds that were not eligible for rollover. The Trustee also objected to the Debtors' claimed exemption in funds remaining in a non-qualified deferred compensation account (the "MaxWorth Account") in the approximate amount of $18,850, on the grounds that the exemption statute listed by the Debtors did not apply to these funds and no other exemption statute was applicable.  The Debtors have asserted that the amount of approximately $4,523 which was distributed to the Debtor post-petition from the MaxWorth Account is subject to

exemption as a liquid asset, upon a proper amendment to Schedule C, which the Trustee disputes. The other objections asserted by the Trustee have been or will be cured by the Debtors' filing of amended schedules. Specifically, the Trustee agrees that the "Roth IRA", the "Second Vehicle", and the "Lawsuits"[1] (as related to non-bodily injury damages) are subject to exemption. Finally, during the investigations into the objection to exemptions, the Debtors have discovered the existence of a potential pre-petition claim against Edward Jones (the "EJ Claim") for advice that was given to the Debtors regarding the Traditional IRA rollover. The Trustee reserved her rights as to the EJ Claim. The Trustee also reserved her rights as to a potential claim involving the pre-petition transfer of a vehicle interest between the Debtors, which was also revealed during the course of investigations.

AMOUNT DISPUTED: The value of the items subject to dispute are as follows: Traditional IRA, approximately $218,000; MaxWorth Account, approximately $18,850, with approximately $4,523 of this amount having been distributed to the Debtor post-petition; the EJ Claim, undetermined; and pre-petition transfer of vehicle interest between the Debtors, $2,100.

PROPOSED SETTLEMENT OR COMPROMISE: The parties agree that the Traditional IRA and the MaxWorth Account are not exempt, including the amount which was distributed to the Debtor post-petition from the MaxWorth Account, and that these assets will be administered in the chapter 7. The Trustee agrees to abandon the Roth IRA, the Second Vehicle, and the Lawsuits, which the Trustee agrees are properly subject to exemption. The Trustee will abandon the EJ Claim and any claim resulting from the Debtors' pre-petition transfer of a vehicle interest, after having considered the cost/benefit of the same. The Debtor has a diamond ring which has a scheduled value that is greater than the applicable exemptions. As part of this settlement, the Debtor agrees to provide the ring to the Trustee for appraisal, but any value the ring might have for the benefit of the estate will be treated separately from this settlement agreement.

BENEFIT TO THE ESTATE: This settlement will enable the Trustee to liquidate the Traditional IRA and the MaxWorth Account quickly and efficiently, without further dispute. The creditors will benefit from the swift distribution through the chapter 7. The Trustee has determined that the EJ Claim would be expensive and lengthy litigation for the estate, with no guaranteed outcome, and therefore has determined that it is prudent to abandon this claim. Likewise, the cost of pursuing the pre-petition transfer of a vehicle interest between the Debtors pre-petition outweighs the potential recovery of only $2,100. This settlement allows the Trustee to avoid further cost of litigation, while guaranteeing the estate the benefit of the most substantial assets which are the Traditional IRA and the MaxWorth Account.

---

[1] These capitalized terms are defined in the Objection at Docket 17.

MOVING PARTIES:

<u>For the Trustee</u>: Christine E. Brimm, 1715 Pickens St., Columbia, SC 20201, cbrimm@bartonlawsc.com, 803-256-6582.

<u>For the Debtors</u>: R. Michael Drose, 3955 Faber Place Drive, Charleston SC 29405, michaeldrose@droselaw.com, 843-767-8888.

RESPECTFULLY SUBMITTED on this the 8th day of September, 2016 at Columbia, South Carolina.

**MOVING PARTY:**

/s/Christine E. Brimm_____
Barbara George Barton, #1221
Christine E. Brimm, #6313
BARTON LAW FIRM, P.A.
1715 Pickens Street
Columbia, SC  29201
803-256-6582
bbarton@bartonlawsc.com
COUNSEL FOR THE TRUSTEE


**WE CONSENT:**

/s/R. Micheal Drose_____
R. Michael Drose
Drose Law Firm
3955 Faber Place Drive
N Charleston SC 29405
P 843.767.8888
michaeldrose@droselaw.com
COUNSEL FOR THE DEBTORS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE:**<br><br><br>**Ramon Preston McGehee and Kristi Lynn Blessitt,**<br><br>**Debtors.** | **Case # 16-01948-dd**<br><br>**Chapter 7** |

**CERTIFICATE OF SERVICE BY MAIL**

I, Megan Jankowski, hereby certify that I, on behalf of Christine E. Brimm, District Court I.D. #6313, Counsel for Michelle L. Vieira, Chapter 7 Trustee, served a copy of the **NOTICE AND MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AS TO DEBTORS' EXEMPTIONS, filed September 8, 2016**, on the Office of the United States Trustee via electronic filing and electronic transmission through CM/ECF, pursuant to SC LBR 9036-1, and on the parties in interest as shown on the attached listing, via U.S. Mail, on September 8, 2016.

                                              BARTON LAW FIRM, P.A.

                                      BY: /s/Megan Jankowski
                                                P. O. Box 12046
                                                Columbia, SC  29211-2046
                                                (803) 256-6582

September 8, 2016

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 16-01948-dd<br>District of South Carolina<br>Charleston<br>Wed Sep  7 14:06:36 EDT 2016 | ABC Amega Inc<br>500 Seneca Street Ste 400<br>Buffalo NY 14204-1963 | ADP LLC<br>PO Box 12513<br>El Paso TX 79913-0513 |
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | ATLANTIC RADIOLOGY<br>PO BOX 347226<br>MIAMI FL 33234-7226 | Allergan USA Inc<br>12975 Collections Center Dr<br>Chicago IL 60693-0129 |
| Amalgamated Financial Group<br>PO Box 1006<br>Old Bridge NJ 08857-1006 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 | Anda Inc<br>2915 Weston Road<br>Fort Lauderdale FL 33331-3627 |
| Attorney General of The US<br>Civil Division Bankruptcy Section<br>US Department of Justice<br>Washington DC 20530-0001 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB & T<br>PO Box 580050<br>Charlotte NC 28258-0050 |
| BB & T<br>PO Box 580057<br>Charlotte NC 28258-0057 | BB & T<br>PO Box 580435<br>Charlotte NC 28258-0435 | BB & T Mortgage<br>PO Box 2167<br>Greenville SC 29602-2167 |
| BEAUFORT COUNTY EMS<br>PO DRAWER 1228<br>BEAUFORT SC  29901-1228 | Bank of America<br>PO Box 105576<br>Atlanta GA 30348-5576 | Bank of America<br>PO Box 15019<br>Wilmington DE 19886-5019 |
| Bank of America<br>PO Box 2759<br>Jacksonville FL 32203-2759 | Barbara George Barton<br>1715 Pickens Street (29201)<br>PO Box 12046<br>Columbia, SC 29211-2046 | Ann U. Bell<br>Drose Law Firm<br>3955 Faber Place Drive Ste 103<br>Charleston, SC 29405-8565 |
| Kristi Lynn Blessitt<br>27 Lawton Street<br>Bluffton, SC 29910-7029 | Blue Choice<br>PO Box 6170<br>Columbia SC 29260-6170 | Branch Banking and Trust Company<br>c/o Steven B. Licata<br>973 Rockbridge Road<br>Ridgeway, SC 29130-8993 |
| Christine E. Brimm<br>Barton Law Firm, PA<br>1715 Pickens Street<br>Columbia, SC 29201-2646 | Carter Young Inc<br>PO Box 1022<br>Wixom MI 48393-1022 | Chase<br>PO Box 15123<br>Wilmington DE 19886-5123 |
| Cigna<br>PO Box 952366<br>Saint Louis MO 63195-2366 | Coolidge, LLC<br>Carol Ann Aylward<br>1226 Arno Road<br>Kansas City MO 64113-2011 | DONNA VICKERS<br>C/O DAVID A MANZI ESQUIRE<br>10 HERON POINT<br>OKATIE SC 29909-4013 |

| | | |
|---|---|---|
| R. Michael Drose<br>3955 Faber Place Drive<br>Suite 103<br>North Charleston, SC 29405-8565 | EBay mastercard<br>PO Box 960080<br>Orlando FL 32896-0080 | HILTON HEAD HEART<br>75 BAYLOR DE STE 155<br>BLUFFTON SC 29910-8965 |
| HILTON HEAD HOSPITAL<br>25 HOSPITAL CENTER BLVD<br>HILTON HEAD ISLAND SC 29926-2793 | Hargray<br>Remittance Center<br>PO Box 100116<br>Columbia SC 29202-3116 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jasper County Tax Collector<br>PO Box 428<br>Ridgeland SC 29936-2607 | Joseph, Mann & Creed Collections<br>PO Box 1270<br>Twinsburg OH 44087-9270 | Labcorp<br>PO Box 12140<br>Burlington NC 27216-2140 |
| Laughlin & Bowen PC<br>PO Drawer 21119<br>Hilton Head Island SC 29925-1119 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | MONIQUE MILLS<br>57 STABLE GATE<br>HILTON HEAD SC 29926-1059 |
| Manning Price & Stern<br>Attorneys for Kareo Inc<br>PO Box 864371<br>Orlando FL 32886-4371 | Ramon Preston McGehee<br>27 Lawton Street<br>Bluffton, SC 29910-7029 | Monique Mills<br>57 Stable Gate<br>Hilton Head Island SC 29926-1059 |
| Morris Publishing Group LLC<br>SSC Advertising<br>PO Box 1486<br>Augusta GA 30903-1486 | Navient Solutions Inc<br>PO Box 9500<br>Wilkes Barre PA 18773-9500 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 |
| Nick Felix, McNair Attorneys<br>PO Drawer 3<br>Hilton Head Island SC 29938-0003 | PROFESSIONAL PATHOLOGY SERVICES PC<br>25 HOSPITAL CENTER BLVD<br>HILTON HEAD ISLAND SC 29926-2738 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Paragard Direct<br>12601 Collections Center Dr<br>Chicago IL 60693-0126 | Professional Recovery Consultants<br>2700 Meridian Pkwy Ste 200<br>Durham NC 27713-2450 | RADISPHERE<br>3700 PARK EAST STE 300<br>BEACHWOOD OH 44122-4399 |
| Ricoh USA Inc<br>PO Box 532530<br>Atlanta GA 30353-2530 | SC Department of Revenue<br>PO Box 12265<br>Columbia SC 29211-2265 | SC INTERNISTS BILLING<br>5665 NEW NORTHSIDE DR STE 320<br>ATLANTA GA 30328-5834 |
| SHORELINE MEDICAL TRANSPORT<br>452 BROWNS COVE RD<br>Ridgeland SC 29936-8164 | SOUTHCOAST MEDICAL GROUP<br>25 HOSPITAL CENTER BLVD #104<br>HILTON HEAD ISLAND SC 29926-2735 | SOUTHEAST MEDICAL GROUP<br>25 HOSPITAL CENTER BLVD #104<br>HILTON HEAD ISLAND SC 29926-2735 |

| | | |
|---|---|---|
| Sears Credit Cards<br>PO Box 78051<br>Phoenix AZ 85062-8051 | Selective Insurance Co of south Carolina<br>11711 North Meridian Street Suite 800<br>Carmel IN 46032-6965 | Selective Service Center<br>c/o Stevens Hale<br>PO Box 13325<br>Richmond VA 23225-0325 |
| South Carolina Dept Of Employment & Work<br>PO Box 995<br>Columbia SC 29202-0995 | Steven B. Licata Esquire<br>973 Rockbridge Road<br>Ridgeway SC 29130-8993 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| Synchrony Bank / Sleep Number<br>PO Box 9650061<br>Orlando FL 32896-0428 | TARGET<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | TJX Rewards<br>PO Box 530948<br>Atlanta GA 30353-0948 |
| Televox<br>West Notifications Inc<br>Department #1343<br>Denver CO 80256-0001 | The Bannon Law Group LLC<br>PO Box 3691<br>Bluffton SC 29910-3691 | The Bluffton Sun<br>PO Box 2056<br>Bluffton SC 29910-2056 |
| TheraComm<br>9717 Key West Ave<br>Rockville MD 20850-3982 | Toyota Lexus<br>PO Box 9490<br>Cedar Rapids IA 52409-9490 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 |
| US Attorney for South Carolina<br>For The Internal Revenue Service<br>1441 Main Street Suite 500<br>Columbia SC 29201-2897 | US Bank Equipment Finance<br>1310 Madrid St<br>Marshall MN 56258-4099 | Michelle L. Vieira<br>PO Box 70309<br>Myrtle Beach, SC 29572-0024 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB & T<br>PO Box 2322<br>Lumberton NC 28359 | (d)BB&T Bankruptcy<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847 | Internal Revenue Service<br>1835 Assembly Street<br>Stop MDP 39<br>Columbia SC 29201 |
| Lexus Financial Services<br>PO Box 5855<br>Carol Stream IL 80197 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BEAUFORT COUNTY EMS              (d)Internal Revenue Service           (d)Laughlin & Bowen, PC
PO DRAWER 1228                      Centralized Insolvency Operations     PO Drawer 21119
BEAUFORT, SC  29901-1228            PO Box 7346                           Hilton Head Island, SC 29925-1119
                                    Philadelphia PA 19101-7346
```

```
End of Label Matrix
Mailable recipients    77
Bypassed recipients     3
Total                  80
```